IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACK SULLIVAN,

    *Plaintiff*,

v.                                    Case No.: 4:26cv45-MW/MJF

CARMEN PACHECO and
SERGIO JIMENEZ,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. No objections have been filed. However, the report and recommendation was returned as undeliverable on February 19, 2026. Nonetheless, it is Plaintiff's responsibility to keep this Court informed of his mailing address, but he has failed to update his contact information. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** pursuant to 28 U.S.C. § 1915 for failure to state a plausible claim for relief and as

malicious." The Clerk shall close the file.

    **SO ORDERED on February 20, 2026.**

                                              **s/Mark E. Walker**
                                              **United States District Judge**